UNITED STATES BANKRUPTCY COURT          rf5531
EASTERN DISTRICT OF NEW YORK
------------------------------X          CHAPTER 7
IN RE:

BRIAN AND DENISE FARLEY

                                         CASE NO.: 10-76019
                                         NOTICE OF PRESENTMENT OF
                                         ORDER TO REOPEN CASE

                Debtor.
------------------------------X

    PLEASE TAKE NOTICE that an Order will be presented by Richard S.
Feinsilver, Esq., attorney for debtor, to the HON. ALAN S. TRUST, at
Chambers, at 290 Federal Plaza, Room 960, Central Islip, New York
11722, on the 12th day of January, 2011.  The proposed Order, a copy
of which is annexed hereto, shall grant relief to the Debtors herein,
pursuant to 11 U.S.C. Sections 350(b) and 365 allowing the debtors to
reopen their Chapter 7 case for the limited purposes of filing a
Stipulation to assume an Auto Lease Agreement with Ford Motor Credit.

    PLEASE TAKE FURTHER NOTICE that if you have any good reason to
object to the granting of the proposed Order, you must do so in
writing at least seven (7) calendar days before the Order is to be
signed; and you must serve the undersigned and all other entities to
whom this motion has been noticed, as indicated below, with the Clerk
of the Court the original of your objections, together with proof of
service.  If no proper objections are timely filed and served, and if
the Judge is satisfied from the application that the moving party is
entitled to the relief sought, the Court may sign the Order without
further notice or a hearing.

If proper objections are timely filed and served, a hearing on this application shall be scheduled by the Chambers of the Hon. Alan S. Trust.

Dated:  Carle Place, New York
        December 22, 2010

                          s/Richard S. Feinsilver

                          _____
                          Richard S. Feinsilver (RSF5531)
                          Attorney for the Debtor
                          One Old Country Road
                          Suite 125
                          Carle Place, New York 11514
                          516-873-6330

UNITED STATES BANKRUPTCY COURT          Chapter 7
EASTERN DISTRICT OF NEW YORK
------------------------------X         Case No: 10-76019-AST
In re:

BRIAN AND DENISE FARLEY                 ORDER REOPENING CHAPTER 7
                                        CASE TO ALLOW FILING OF
                                        A STIPULATION ASSUMING AUTO
                                        LEASE AGREEMENT


                    Debtor
------------------------------X

        UPON THE application of the debtor, BRIAN AND DENISE FARLEY,
seeking an order to reopen the instant case in order to allow the
filing of a Stipulation with Ford Motor Credit Corp/CAB East LLC
to assume an auto lease agreement, and notice of this application
having been served upon the Office of The United States Trustee,
Kenneth Kirschenbaum, Esq., the Panel Trustee assigned to this
case and the affected creditors, and no party in interest having
appeared or submitted papers in opposition thereto, and this
Court, after due deliberation and sufficient cause appearing
therefore, it is

        ORDERED that the above captioned debtor's bankruptcy case is
re-opened for the limited purpose of allowing the debtors to file
the Stipulation Assuming Lease Agreement annexed to the
application; and it is further

        ORDERED that upon the filing of such Stipulation, the Clerk
of the Court is hereby directed to re-close this case; and it is
further

        ORDERED that a copy of this order be served upon all
creditors and the case trustee within five days of the entry of
this Order, and that the debtor, within five days thereafter,
file with the Court proof that such service has been made.

Dated:
        Central Islip, New York


                                        _____
                                        Alan S. Trust
                                        U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X   Case No.: 10-76019-ast
In re:


BRIAN AND DENISE FARLEY                APPLICATION TO REOPEN
                                       CHAPTER 7 CASE PURSUANT
                                       TO SECTION 350(b)


                    Debtors.
------------------------------X


TO THE HONORABLE ALAN S. TRUST, UNITED STATES BANKRUPTCY JUDGE:

        The application of BRIAN AND DENISE FARLEY, by their attorney,
Richard S. Feinsilver, the Debtor requests that the above captioned case
be reopened pursuant to 11 U.S.C. Section 350(b) in order to afford
relief to the debtor, and in support thereof avers as follows:


        1.   The debtor filed a bankruptcy petition pursuant to Chapter 7 of
the Bankruptcy Code on August 2, 2010.  The debtors received a discharge
pursuant to 11 U.S.C. Section 727 on November 2, 2010 (see Exhibit "A").
The case has subsequently been closed.


        2.   At all times herein, the debtors have been the lessee of a 2010
Ford Escape automobile.  This property is encumbered by a lien held by
Ford Motor Credit Corp.


        3.   Although at all times herein, the debtors were current in the
remittance of their auto lease payments, Ford has informed the debtors
that they would no longer accept payments and would seek recovery of the
subject vehicle absent the execution and filing of a stipulation to
assume the subject lease agreement. (Exhibit B) Unfortunately, as a
consequence of the foregoing having occurred subsequent to the closure
of this case, the subject assumption agreement cannot be filed absent
the instant application.

4.  The applicant respectfully requests that their case be reopened pursuant to 11 U.S.C. Section 350(b) for the limited purpose of allowing the filing of the stipulation with Ford.

5.  As previously noted in the Court's docket, no assets have been administered by the trustee to which this creditors, or any other creditor of the estate, would be entitled.

6.  Based upon the foregoing, the creditor body in this case  would not be prejudiced by the reopening of the debtor's case for this limited purpose.

7.  The debtor has established that there is sufficient "cause" within the meaning of 11 U.S.C. Section 350(b).

8.   Since there is no unique issue at law herein, it is respectfully requested that the filing of a memorandum at law be waived in this matter.

WHEREFORE, applicant prays that the case be reopened pursuant to 11 U.S.C. Sections 350(b) and 365 and Bankruptcy Rule 5010 and that the applicants have such other and further relief as the court may deem proper.

Dated: Carle Place, New York
       December 22, 2010

s/Richard S. Feinsilver

Richard S. Feinsilver
Attorney for the Debtor

Form BLdfnld7 (12/01/2007)

# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza, P.O. Box #9013
Central Islip, NY 11722-9013

IN RE:

Brian J Farley

Denise A Farley

CASE NO: 8-10-76019-ast

5 Pheasant Court
Stony Brook, NY 11790

5 Pheasant Court
Stony Brook, NY 11790

Name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address.

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:

xxx-xx-0100

CHAPTER: 7

xxx-xx-0306

DEBTOR(s)

## DISCHARGE OF DEBTOR(S)
## ORDER OF FINAL DECREE

A petition under title 11, United States Code was filed by or against the Debtor(s) on August 2, 2010; an order for relief was entered under Chapter 7; no order denying a discharge has been granted.

It appearing that the debtor(s) is entitled to a discharge and the estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED**:

- The debtor(s) is granted a discharge under Section 727 of Title 11, United States Code, (the Bankruptcy Code).

- Kenneth Kirschenbaum (Trustee) is discharged as trustee of the estate of the above-named debtor(s) and the bond is cancelled.

- The Chapter 7 case of the above-named debtor(s) is closed.

BY THE COURT

Dated: November 2, 2010

s/ Alan S. Trust
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

_____
                                        (MM )
In Re:                                           Case No. 10-76019-AST
                                                 (Chapter 7)
        BRIAN J. FARLEY AND
        DENISE A. FARLEY,

                Debtors.
_____

## STIPULATION AND ORDER

WHEREAS, the debtors, Brian J. Farley and Denise A. Farley, filed a Chapter 7 bankruptcy proceeding on August 2, 2010.

WHEREAS, Cab East, LLC is the record owner of one (1) 2010 Ford Edge (V.I.N. 2FMDK4KC8ABA95641) (hereinafter "property") in the possession and control of Brian J. Farley. A copy of the Certificate of Title is annexed hereto as Exhibit "A" and made a part hereof.

WHEREAS, On February 24, 2010, Schultz Ford Lincoln Mercury, Inc., as lessor and Brian J. Farley, as lessee entered into a Lease Agreement pursuant to which the lessee leased the property from the dealer at the rate of $475.00 per month for a term of twenty-four (24) months, commencing February 24, 2010. A copy of the Lease Agreement is also annexed hereto as Exhibit "A" and made a part hereof.

WHEREAS, pursuant to 11 U.S.C. Section 365(p), the debtor may assume or reject an unexpired lease of personal property.

NOW, upon all pleadings and proceedings heretofore had herein, the parties hereby stipulate to the following:

1.      That pursuant to 11 U.S.C. Section 365 (p), the debtor agrees to assume the Motor Vehicle Lease Agreement dated February 24, 2010 relative to one (1) 2010 Ford Edge (V.I.N. 2FMDK4KC8ABA95641).

2.      The liability is assumed by the debtor and not by the estate.

EXHIBIT B

3.     That the terms of this Stipulation shall be null and void in the event that the Chapter 7 Trustee acts to assume the underlying Lease Agreement pursuant to 11 U.S.C. Section 365 within the context of this bankruptcy proceeding in timely fashion.

DATED: August __, 2010                    Yours, etc.
           Albany, New York

                                        _____
                                          Martin A. Mooney, Esq.
                                          DEILY, MOONEY & GLASTETTER, LLP
                                          Attorneys for Cab East,  LLC
                                          Office and P.O. Address:
                                          8 Thurlow Terrace
                                          Albany, New York  12203
                                          Tel:  (518) 436-0344

DATED: August __, 2010

                                        _____
                                          Richard S. Feinsilver, Esq.
                                          Attorney for Debtors
                                          Office and P.O. Address:
                                          1 Old Country Road
                                          Suite 125
                                          Carle Place, New York  11514
                                          Tel:  (516) 873-6330

**SO-ORDERED** this __ day of
August, 2010


_____

Alan S. Trust
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------X    rf5531
IN RE:

BRIAN AND DENISE FARLEY                 Case No.:810-76019-ast

                                           CHAPTER 7

                   Debtor(s)    AFFIRMATION OF SERVICE

-----------------------------------X

The undersigned attorney, duly admitted to practice before this Court,
affirms the following to be true under the penalties of perjury:

1. That he is the attorney for the debtor in the instant case.

2. That on the 22nd of December, 2010, your affiant served a copy of the
within Notice of Presentment, Proposed Order and Supporting Documents
upon

US Trustee, 560 Federal Plaza, Central Islip, NY 11722
Kenneth Kirschenbaum, 200 Garden City Plaza, Garden City NY 11530
Ford Motor Credit Company, c/o Deily Mooney and Glastetter, 8 Thurlow
Terrace, Albany NY 12203

the address(es) designated by said attorney and party for that purpose
by depositing a true copy of same to each attorney and party, via first
class mail, enclosed in a post paid properly addressed wrapper, in an
official depository under the exclusive care and custody of the United
States Postal Service within the State of New York.


Dated: December 22, 2010
       Carle Place, New York

                         s/Richard S. Feinsilver

                         _____
                         RICHARD S. FEINSILVER (RSF5531)